THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WILLIAM H. SMALLWOOD, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  1:16-cv-0161 (RBW) |
| | ) | |
| TOM VILSACK, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION TO DISMISS

Defendants, Tom Vilsack in his official capacity as Secretary of Agriculture, and Loretta E. Lynch, in her official capacity as Attorney General, hereby move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.  The reasons supporting Defendants' motion are set forth in the accompanying memorandum of law.  A proposed order is attached.

Dated: April 5, 2016                                             Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

JUDRY L. SUBAR, DC Bar # 347518
Assistant Director
Federal Programs Branch

*/s/ Robin Thurston*
Robin Thurston
Trial Attorney (Illinois Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
Tel.:    (202) 616-8188
Fax:    (202) 616-8470

1

Email: robin.f.thurston@usdoj.gov
<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C. 20044
<u>Courier Address:</u>
20 Massachusetts Avenue N.W.
Washington, D.C. 20001
*Counsel for Defendant*